■ In the Matter of CAROL WEISS v ABE LAVINE et al.—Motion and cross motion for leave to appeal to the Court of Appeals denied. (See CPLR 5602, subd [a], par 2; 11 Carmody-Wait 2d, NY Civ Prac, p 68, § 71:46; 6 Weinstein-Korn-Miller, NY Civ Prac, par 5602.06.) Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lane, JJ.